IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 NOV 30 PM 4:06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.

Cr. No. 2:05cr20400-D

JOHNNY WILLIAMS
DEAN LOCKHART

## ORDER SPECIFYING PERIOD OF
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The arraignment in the above-styled case has been continued until Wednesday, December 7, 2005 at 10:00 a.m. It appears to the court that the defendant's counsel did not receive Notice of Setting. The ends of justice served by continuing the hearing outweigh the best interest of the public and the defendant in a speedy trial.

The Court finds that the grounds for this delay justify excluding the period of November 30, 2005 to December 7, 2005 as excludable delay under Title 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv), to allow the defendant continuity of counsel.

IT IS SO ORDERED.

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: November 30, 2005

This document entered
with Rule 55 and/or 32(b) FRCrP

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:05-CR-20400 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Autumn B. Chastain
LAW OFFICE OF AUTUMN CHASTAIN
707 Adams Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT